Daniel Schimmel (*dschimmel@foleyhoag.com*)
FOLEY HOAG LLP
1540 Broadway, 23rd Floor
New York, NY 10036
Tel: (646) 927-5500; Fax (646) 927-5599
Attorneys for Genzyme Corporation

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Arbitration:<br><br>GENZYME CORPORATION,<br><br>           Claimant,<br><br>v.<br><br>CHRISTINE RICE,<br><br>           Respondent. | HONORABLE SHIRA A. SCHEINDLIN<br><br>Civil Action No. 1:15-cv-07892-SAS<br><br><br>**ORAL ARGUMENT REQUESTED** |

### GENZYME CORPORATION'S MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65, Genzyme Corporation ("Genzyme") moves for a Preliminary Injunction prohibiting Christine Rice from: (1) disparaging Genzyme or its employees, and (2) disclosing information

The injunction would be in effect during the pendency of an arbitration

In support of this motion, Genzyme relies on its accompanying Memorandum of Law in Support of Motion for a Preliminary Injunction, the Affidavit of James W. Bucking in support of Genzyme Corporation's Motion for a Preliminary Injunction, and the Affidavit of Bhavesh Patel in support of Genzyme Corporation's Motion for a Preliminary Injunction.

1

B4462928.1

Dated: October 6, 2015

GENZYME CORPORATION

By:

*[signature]*

Daniel Schimmel (DS7463)
FOLEY HOAG LLP
1540 Broadway, 23rd Floor
New York, NY 10036
Tel: (646) 927-5500
Fax: (646) 927-5599

James W. Bucking (*pro hac vice* sought)
Matthew C. Steinberg (*pro hac vice* sought)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Tel:   617.832.1000
Fax:   617.832.7000

*Attorneys for Genzyme Corporation*

2

B4462928.1

Daniel Schimmel (*dschimmel@foleyhoag.com*)
FOLEY HOAG LLP
1540 Broadway, 23rd Floor
New York, NY 10036
Tel: (646) 927-5500, Fax: (646-927-5599
Attorneys for Genzyme Corporation

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

In Re Arbitration:

GENZYME CORPORATION,

        Claimant,

v.

CHRISTINE RICE,

        Respondent.

**AFFIRMATION OF SERVICE**

    I, _____, declare under penalty of perjury that I served a copy of _____ upon all other parties in this case by hand to the following person: Christine Rice, 140 Elm Place, Plainedge, NY 11756, on this _____ day of October, 2015.

Dated: _____ of October, 2015

Name: _____

Company: _____

Address: _____

City, State, Zipcode: _____

Tel: _____

B4462928.1